**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1519**

In re:  MICHAEL BERNARD CAROTHERS, a/k/a Unc, a/k/a Uncle, a/k/a Big Unc,

                    Petitioner.

On Petition for Writ of Mandamus.
(No. 0:08-cr-00401-CMC-4)

Submitted:  July 25, 2013                    Decided:  July 29, 2013

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael Bernard Carothers, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Bernard Carothers petitions for a writ of mandamus seeking an order requiring the district court to provide transcripts. We conclude that Carothers is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

In addition, mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by Carothers is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2